STATE OF MISSOURI
TWENTY SECOND JUDICIAL CIRCUIT COURT
CIRCUIT COURT OF ST. LOUIS CITY

| | |
|---|---|
| KIMBERLY PORTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No.: |
| v. ) | |
| ) | Division: |
| HARTFORD INSURANCE COMPANY ) | |
| OF THE SOUTHEAST ) | |
| ) | DEMAND FOR JURY TRIAL |
| Serve: HOLD SERVICE ) | |
| ) | |
| Defendant. ) | |

### PETITION

COMES NOW, Plaintiff, Kimberly Porter ("Plaintiff" or "Porter"), by and through her undersigned counsel, J. Matthew French of Morgan & Morgan, P.A., and for her cause of action against Defendant, Hartford Insurance Company of the Southeast ("Defendant" or "The Hartford"), states to the Court as follows:

### PARTIES

1. At all times relevant hereto, Plaintiff Kimberly Porter was and is a citizen and resident of the State of Missouri.

2. At all relevant times hereto, Defendant The Hartford is an insurance company in good standing in the State of Missouri who, upon information and belief, regularly solicits and transacts business in the State of Missouri.

### VENUE AND PERSONAL JURISDICTION

3. Venue is proper in the Circuit Court of St. Louis City pursuant to MO. REV. STAT. § 508.010 because Plaintiff was first injured in St. Louis City.

4. Jurisdiction is proper over the Defendant in the State of Missouri pursuant to at

least MO. REV. STAT. § 506.500 because Defendant conducts business within the State of Missouri.

### FACTUAL ALLEGATIONS

5. That on or about May 22, 2023, Plaintiff Kimberly Porter was a restrained drover operating a motor vehicle in St. Louis City, Missouri.

6. That on or about May 22, 2023, Plaintiff was travelling in the leftmost lane, westbound on Interstate 64 near Bridge A8032.

7. That Interstate 64 is a public thoroughfare which passes through, among other areas, St. Louis City, Missouri.

8. That an unknown driver of another vehicle was operating a motor vehicle the leftmost lane westbound on Interstate 64 near Bridge A 8032

9. That Jaelon Albert was operating a motor vehicle in the left most lane westbound on Interstate 65 on Interstate 64 near Bridge A8032 between Plaintiff and the unknown driver

10. That the unknown driver collided with the rear of Jaelon Albert's motor vehicle, pushing Albert's vehicle forward and causing Albert's vehicle to collide with the rear of Plaintiff's vehicle.

11. That the unknown driver subsequently fled the scene of the collision before the St. Louis Metropolitan Police Department arrived on the scene.

12. That as a result of the aforementioned events, Plaintiff Kimberly Porter has suffered permanent and progressive injuries, and has incurred past, and will incur future medical bills for reasonable and necessary treatment.

### COUNT I
### (Breach of Uninsured Motorist Contract)

13. Plaintiff hereby incorporates by reference the above allegations as though fully set

Electronically Filed - CITY OF ST. LOUIS - February 01, 2024 - 04:09 PM

forth herein.

14. That Plaintiff purchased an insurance policy through Defendant The Hartford for automobile coverage, including uninsured motorist protection, with effective policy dates of February 22, 2203, through August 20, 2023.

15. That Defendant The Hartford issued an insurance policy to Plaintiff as named insured, policy number 55100187037, specifically providing coverage for the 2012 Mercedes Benz GLE vin: ************482680, which is the vehicle involved in the collision.

16. That the policy was in full force and effect on May 22, 2023, the date of the collision.

17. That Plaintiff paid Defendant premiums for insurance coverage, to include uninsured motorist coverage in the amount of One Hundred Thousand Dollars ($100,000.00) per person and Three Hundred Thousand Dollars ($300,000.00) per occurrence, and therefore, is entitled to benefit from the insurance contract's protections.

18. That, as referenced supra, Plaintiff sustained bodily injury as a result of the collision with the unknown driver.

19. That the unknown driver is legally liable for Plaintiff's bodily injury.

20. That the unknown driver is uninsured and operating an uninsured vehicle at the time off the collision as defined by the insurance contract with Defendant.

21. That all conditions precedent to the liability of Defendant The Hartford under Plaintiff's own uninsured motorist policy have been met.

22. That on or about December 20, 2023, Plaintiff sent Defendant The Hartford a demand for settlement of his claim under the uninsured motorist provision of the insurance policy.

23. That as a direct and proximate result of Defendant's breach of the insurance contract, Plaintiff has been damaged.

WHEREFORE, Plaintiff Kimberly Porter, prays for a judgment against Defendant The Hartford Insurance Company, in a sum in excess of Twenty-Five Thousand Dollars ($25,000.00), together with costs herein expended, and for any further relief this Court deems just and proper.

## COUNT II
### (Vexatious Refusal to Pay)

24. Plaintiff hereby incorporates by reference the above allegations ass though fully set forth herein.

25. That on or about December 20, 2023, Plaintiff sent Defendant The Hartford a formal demand for settlement of his claim under the uninsured motorist provision of the insurance policy.

26. That in the formal demand served upon Defendant The Hartford, Plaintiff acknowledged that she has accrued Sixty-Five Thousand Eight Hundred Forty-Five Dollars and Seventy-Five Cents ($65,845.75) in medical bills and has suffered significant and permanent injuries resulting from the collision.

27. That Defendant The Hartford has failed to make a payment under and in accordance with the terms of the uninsured motorist provision of the insurance contract.

28. That Defendant The Hartford's refusal to pay for the losses incurred by Plaintiff as a result of the collision were and are without reasonable cause or excuse.

29. That pursuant to RSMo § 375.420, Plaintiff is entitled to, in addition to all damages associated with Count I, twenty percent (20%) of the first $1,500.00 of loss and ten percent (10%) for all losses greater than $1,500.00, as well as Plaintiff's attorney fees.

WHEREFORE, Plaintiff Kimberly Porter, prays for a judgment against Defendant The

Electronically Filed - CITY OF ST. LOUIS - February 01, 2024 - 04:09 PM

Hartford Insurance Company, in a sum in excess of Twenty-Five Thousand Dollars ($25,000.00), together with costs herein expended, and for any further relief this Court deems just and proper.

**PLAINTIFF REQUESTS TRIAL BY JURY.**

Dated: February 1, 2024                              Respectfully Submitted,

*/s/ J. Matthew French*
J. Matthew French #74173
Gregory D. Vescovo #63302
**MORGAN & MORGAN**
200 N. Broadway
Suite 720
St. Louis, MO 63102
Tel: 314-955-1032
Fax: 314-955-1056
Email: mfrench@forthepeople.com
**ATTORNEYS FOR PLAINTIFF**